UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                :
                                        :    CRIMINAL COMPLAINT
    -v-                                 :
                                        :    Mag. No. 12-7140 (CLW)
ERNESTO ROMERO-VIDAL,                   :
    a/k/a "Bemba,"                      :    **UNSEALING ORDER**
REYNALDO TAPANES                        :
    a/k/a "El Gordo,"                   :
ARIEL GARCIA, and                       :
ROCKE R. LOPEZ-BATISTA,                 :
    a/k/a "El Nino"                     :

This matter having come before the Court upon the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Leslie F. Schwartz, Assistant United States Attorney), for an order unsealing the complaint and arrest warrants related to the above-captioned matter, and the sealing of the complaint and arrest warrants having been authorized by an order dated May 2, 2012 and signed by the Honorable Cathy L. Waldor, and defendants Ernesto Romero-Vidal and Ariel Garcia having been arrested on Mag. No. 12-7140, and defendants Reynaldo Tapanes and Rocke R. Lopez-Batista being currently incarcerated in Florida serving state sentences on other charges, and for good cause shown,

**IT IS** on this 15th day of May 2012,

**ORDERED THAT**, the complaint and arrest warrants related to the above-captioned matter, be, and hereby are, unsealed.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge